# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

=========================================

## ON MOTION FOR RECONSIDERATION EN BANC

=========================================

### NO. 03-07-00037-CV

**Mark D. Bogar, M.D., Appellant**

**v.**

**Dolores G. Esparza, Individually and as Administrator of the Estate of Katherine G. Guerrero, Deceased; Fernando Guerrero; Sofia G. Butschy; Gilberto Guerrero; Antonio Guerrero; Rosie G. Garza; Benito Guerrero; Josey G. Selvera and Frances G. Faz, Appellees**

### FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY, NO. 82,917-A, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

For the reasons expressed in my dissenting opinion to this Court's disposition of this case on rehearing, I respectfully dissent from the denial of appellee's motion for *en banc* reconsideration. *See Bogar v. Esparza*, No. 03-07-00037-CV (Tex. App.—Austin May 16, 2008) (Patterson, J., dissenting).

_____

Jan P. Patterson, Justice

Filed:   May 16, 2008